# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**KENDALE SCOTT (#614378)**

**VERSUS**

**DARREL VANNOY, ET AL.**

**CIVIL ACTION**

**NO. 18-182-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 16, 2019, to which an objection was filed (Doc. 14);

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is denied, and that this proceeding is dismissed with prejudice.

**IT IS FURTHER ORDERED** that in the event the petitioner pursues an appeal in this case, a certificate of appealability shall be denied.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>October 1, 2019</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**